783 A.2d 765

**Susan T. KNOLL, Petitioner,**

**v.**

**COMMONWEALTH of Pennsylvania, DEPARTMENT OF TRANSPORTATION, Bureau of Driver Licensing, Respondent.**

Supreme Court of Pennsylvania.

Nov. 9, 2001.

*ORDER*

PER CURIAM:

**AND NOW,** this 9th day of November, 2001, the Petition for Allowance of Appeal is hereby GRANTED. The order of the Commonwealth Court is AFFIRMED. *See Bourdeev v. Commonwealth of Pennsylvania, Dep't of Transp., Bureau of Driver Licensing,* 755 A.2d 59 (Pa.Commw.2000), *aff'd,* 13 EAP 2001, 782 A.2d 539, 2001 WL 1301496 (Pa. Oct.26, 2001).